# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ANTONIO FRANKLIN JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHATHAM COUNTY ) <br> DETENTION CENTER, ) <br> ) <br> Defendant. ) | Case No. CV415-137 |

## REPORT AND RECOMMENDATION

Plaintiff Antonio Franklin Johnson filed this 42 U.S.C. § 1983 case on May 13, 2015 (doc. 1) and paid the Court's $400 filing fee on May 29, 2015. However, he sought no summons for Fed. R. Civ. P. 4 service. Nor has he served any defendant within the 120 days that Rule 4(m) demands. The Court thus gave him 14 days to show why his case should not be dismissed for violating Rule 4(m). Doc. 3. It also directed Johnson to show why dismissal wasn't warranted since he named as his defendant only the Chatham County Detention Center -- an entity incapable of being sued. *Id.*

Plaintiff has failed to respond. Because he has not shown cause,

his complaint should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED,** this 28TH day of October, 2015.

/s/ M. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA