FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2015 NOV 30 AM 11:08

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTONIO FRANKLIN JOHNSON, )
)
    Plaintiff, )
)
v. ) CASE NO. CV415-137
)
CHATHAM COUNTY DETENTION )
CENTER, )
)
    Defendant. )
)

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this **30th** day of November 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA