# United States District Court
## Southern District of Georgia

Antonio Franklin Johnson,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV415-137,

Chatham County Detention Center,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 11/30/15, adopting the Magistrate Judge's Order dated 11/30/15, judgment is hereby entered dismissing the case without prejudice.

11/30/15
*Date*

Scott L. Poff
Clerk

(By) Deputy Clerk